*By the Court*, SUTHERLAND, J. Under the circumstances of this case, the plaintiff ought not to be nonsuited for not trying his cause ; the stipulation must be considered as applying to the next circuit for which notice of trial could regularly be given.

Motion denied.

---

### CARPENTER *vs.* WATROUS.

Nov. 18th.

WHERE a defendant applied to change the venue in a cause after the same had been noticed for trial at the circuit in the county where the venue was laid by the plaintiff, and the trial put off on the application of the defendant, the motion was granted, on payment of the costs of the circuit and of resisting the motion, and on the defendant's stipulating to take short notice of trial.

---

### ANON.

Nov. 18th.

ON a motion to confirm an award of arbitrators, and for judgment, notice of the motion must be given to the party sought to be charged.

---

### RHINELANDER *vs.* MATHER.

Nov. 18th.

ON an application to the court to prosecute the official bond of a sheriff for a default in not paying over money collected by him under execution, it must appear that the money has been demand of the sheriff.